# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MATTHEW BAHR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 18-cv-2910 |
| v. | ) |
| | ) Hon. Sara L. Ellis |
| STATE COLLECTION SERVICE, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff and Plaintiff's attorneys and the Defendant and Defendant's attorneys, that pursuant to Rule 41(a) (1) (A) (ii) of the Federal Rules of Civil Procedure, the above-titled action against the Defendant has been settled between the parties and shall be and hereby is dismissed with prejudice as to Plaintiff, individually, and without prejudice as to the unnamed putative class, with each side to bear its own fees and costs

**Dated: August 21, 2019**

s/ *Bryan Paul Thompson*
Bryan Paul Thompson
Robert W. Harrer
CHICAGO CONSUMER LAW CENTER, P.C.
111 West Washington Street, Suite 1360
Chicago, Illinois 60602
Tel. 312-858-3239
Fax 312-610-5646
bryan.thompson@cclc-law.com
rob.harrer@cclc-law.com

Stacy M. Bardo
Bardo Law, P.C.
22 West Washington Street, Suite 1500
Chicago, Illinois 60602

s/ *Patrick D. Newman*
Patrick D. Newman
Bassford Remele
100 South 5th Street, Suite 1500
Minneapolis, Minnesota 55402
Tel. 612-333-3000
Fax 612-746-1232
pnewman@bassford.com
*Attorneys for Defendant*

Tel. 312-219-6980
Fax. 312-219-6981
stacy@bardolawpc.com

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I, Bryan Paul Thompson, an attorney, hereby certify that on August 21, 2019, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: August 21, 2019**                                                                 Respectfully submitted,

                                                                                      By:     /s/ *Bryan Paul Thompson*