## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Matthew Bahr

           Plaintiff,

v.                    Case No.: 1:18−cv−02910
                    Honorable Sara L. Ellis

State Collection Service, Inc.

           Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 23, 2019:

  MINUTE entry before the Honorable Sara L. Ellis: Pursuant to stipulation of dismissal [45] this action is dismissed with prejudice as to Plaintiff, individually, and without prejudice as to the unnamed putative class, with each side to bear its own fees and costs. Civil case terminated. Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.